UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENNETH A. NELSON, RITA DIEL-BROWN,
EUGENE THOMAS GOESSLING, on Behalf of
Themselves and all Other Similarly Situated,

          Plaintiffs,

vs.                                            Case No. 3:13-cv-604-J-25MCR

NIPPON YUSEN KABUSHIKI KAISHA, NYK
LINE (NORTH AMERICA), INC., WILH.
WILHELMSEN HOLDING ASA, WILH.
WILHELMSEN ASA, MITSUI O.S.K. LINES,
LTD., KAWASAKI KISEN KAISHA, LTD., K
LINE AMERICA, INC., EUKOR VEHICLE
CARRIERS INC., WALLENIUS WILHELMSEN
LOGISTICS AS, WALLENIUS WILHELMSEN
LOGISTICS AMERICAS LLC, WALLENIUS
LINES AB, COMPANIA SUD AMERICANA DE
VAPORES S.A., TOYOFUJI SHIPPING CO.,
LTD. and NISSAN MOTOR CAR CARRIER
CO., LTD ,

          Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiffs' Motion to Appoint Process Server (Doc. 18) filed September 11, 2013. Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial Extrajudicial Documents in Civil or Commercial Matters developed by the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Celeste Ingalls, and her agents, as the authority and

judicial officer competent under the Jurisdiction of this Court to forward to the Central authority in the applicable country any and all documents in this case.

**DONE AND ORDERED** in Jacksonville, Florida this  13th  day of September, 2013.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party